UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MEDEVOLVE, INC.                                                                                      PLAINTIFF

vs.                                        CASE NO. 4:20-CV-851 JM

AUDACT HEALTH LLC, *et al.*                                                         DEFENDANTS

ORDER

The parties have settled their disputes and filed a joint motion to dismiss this case (Doc. No. 70). That motion is GRANTED. Plaintiff's complaint and Defendant's counterclaim are dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED this 3rd day of May, 2022.

_____
James M. Moody Jr.
United States District Judge